IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APICDA JOINT VENTURES, INC., an Alaska corporation, and APICDA VESSELS, INC., an Alaska corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>TRIDENT SEAFOODS, INC., a Washington corporation,<br><br>                Defendant. | CASE NO.  2:20-cv-01244 RSM<br><br>**ORDER GRANTING THE STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |

This matter having come before the Court upon the stipulation of the parties, and the Court having reviewed the stipulation and the records and files herein and otherwise deeming itself fully advised, the Court ORDERS that the trial date of this matter shall be reset to November 7, 2022.  A revised scheduling order will be issued based on the new trial date.

DATED this 7th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1