The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APICDA JOINT VENTURES, INC., an Alaska corporation, and APICDA VESSELS, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRIDENT SEAFOODS, INC., a Washington corporation,<br><br>Defendant. | NO. 2:20-cv-01244 RSM<br><br>**STIPULATED MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND ORDER**<br><br>NOTED FOR HEARING: October 19, 2021 |

## I. STIPULATION

The parties, through undersigned counsel, hereby agree and stipulate as follows:

1. Plaintiff APICDA Joint Ventures, Inc. and defendant Trident Seafoods Corporation have fully and finally resolved their disputes and all claims in this litigation relating to False Pass Seafoods LLC and False Pass Fuel Services LLC.

2. The parties accordingly agree that the First Cause of Action (Breach of Contract), Second Cause of Action (Breach of Good Faith and Fair Dealing), Third Cause of Action (Declaratory Relief: False Pass Seafoods), and Fourth Causes of Action (Declaratory Relief:

STIPULATED MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND ORDER
(NO. 2:20-CV-01244 RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

False Pass Fuels) in the Complaint should be dismissed with prejudice and without costs or fees to any party.

3. At this time, the Fifth and Sixth Causes of Action in the Complaint relating to the repurchase of the vessel interests remain intact and the parties are not stipulating to the dismissal of those claims.

Dated this 19th day of October, 2021.

| WILLIAMS, KASTNER & GIBBS PLLC | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ John G. Young<br>John G. Young, WSBA #12890<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Email: jyoung@williamskastner.com | By /s/ Joshua B. Selig<br>Joshua B. Selig, WSBA #39628<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>jselig@byrneskeller.com |
| ***Attorneys for Plaintiff APICDA Joint Ventures, Inc. and APICDA Vessels, Inc.*** | ***Attorneys for Defendant Trident Seafoods Corp., a Washington corporation*** |

STIPULATED MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND ORDER
(NO. 2:20-CV-01244 RSM) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

## II. ORDER

Based upon the foregoing stipulation of the parties, it is hereby ordered, adjudged, and decreed that the First, Second, Third, and Fourth Causes of Action are hereby dismissed with prejudice and without an award of fees or costs to any party.

DATED this 20th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND ORDER
(NO. 2:20-CV-01244 RSM) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing pleading was served on the 19th day of October, 2021 upon the following individuals via the Court's ECF system.

> John Young
> Theresa H. Rava
> Williams, Kastner & Gibbs PLLC
> 601 Union Street, Suite 4100
> Seattle, WA 98101-2380
> jyoung@williamskastner.com
> trava@williamskastner.com
> ***Attorneys for Plaintiffs***

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

> By /s/ Joshua B. Selig
> Joshua B. Selig, WSBA #39628
> 1000 Second Avenue, 38th Floor
> Seattle, Washington 98104
> Telephone: (206) 622-2000
> bkeller@byrneskeller.com
> jselig@byrneskeller.com
> ***Attorneys for Defendant***

STIPULATED MOTION TO DISMISS THE FIRST, SECOND, THIRD AND FOURTH CAUSES OF ACTION AND ORDER
(NO. 2:20-CV-01244 RSM) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.