The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APICDA JOINT VENTURES, INC., an Alaska corporation, and APICDA VESSELS, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRIDENT SEAFOODS, INC., a Washington corporation,<br><br>Defendant. | CASE NO.  2:20-cv-01244<br><br>**STIPULATED MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION AND ORDER**<br><br>NOTED FOR HEARING: December 6th, 2021<br><br>[Clerk's Action Required] |

## I.  STIPULATED MOTION

Plaintiffs APICDA Joint Ventures, Inc. and APICDA Vessels, Inc. (jointly "APICDA") and defendant Trident Seafoods Inc. ("Trident") have fully and finally resolved their disputes and all claims in this litigation, including the Fifth and Sixth Causes of Action in the above entitled matter.

The parties accordingly agree that the Fifth Cause of Action (Breach of Contract-the Vessels), and the Sixth Cause of Action (Promissory Estoppel-the Vessels), in the Complaint should be dismissed with prejudice and without costs or fees to any.

With this dismissal there are no pending claims remaining in this matter.

STIPULATED MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION AND ORDER  - 1
(CASE NO. 2:20-cv-01244 )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7506057.1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 6th day of December, 2021,

Respectfully Submitted:

| WILLIAMS, KASTNER & GIBBS PLLC | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ John G. Young<br>John G. Young, WSBA #12890<br>Theresa H. Rava, WSBA #53159<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Email: jyoung@williamskastner.com<br><br>***Attorneys for Plaintiff APICDA Joint Ventures, Inc. and APICDA Vessels, Inc.*** | By /s/ Joshua B. Selig<br>Joshua B. Selig, WSBA #39628<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>jselig@byrneskeller.com<br><br>***Attorneys for Defendant Trident Seafoods Corp., a Washington corporation*** |

STIPULATED MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION AND ORDER  - 2
(CASE NO. 2:20-cv-01244 )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7506057.1

**ORDER**

This matter having come before the Court upon the above Stipulated Motion of the parties, and the Court having reviewed the Stipulated Motion and the records and files herein, and otherwise deeming itself fully advised, it is now, therefore

ORDERED, ADJUDGED AND DECREED that the Fifth and Sixth Causes of Action and all remaining causes of action are hereby dismissed with prejudice and without an award of fees or costs to any party.

DATED this 8th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION AND ORDER - 3
(CASE NO. 2:20-cv-01244 )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7506057.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing pleading was served on the 6th day of December 2021 upon the following individuals via te Court's ECF system.

Joshua B. Selig,
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
jselig@byrneskeller.com
*Attorneys for Defendant Trident Seafoods Corp.,*
*a Washington corporation*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

WILLIAMS, KASTNER & GIBBS PLLC

By /s/ John G. Young
John G. Young, WSBA #12890
Theresa H. Rava, WSBA #53159
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: jyoung@williamskastner.com

*Attorneys for Plaintiff APICDA Joint*
*Ventures, Inc. and APICDA Vessels, Inc.*

STIPULATED MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION AND ORDER - 4
(CASE NO. 2:20-cv-01244 )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7506057.1